In US District Court for the state of Alaska

RECEIVED
MAR 02 2021
CLERK U.S. DISTRICT COURT
ANCHORAGE, A.K.

Re: Eclips v. ~~Wallace et al~~ Houser, Earl, medical, Steele, Dahlstrom, Brown, Sgt. Conn, Jane Doe, Richard Roe, Forster, Williams

February 26, 2021

Case No. 3:21-cv-_____

## Notice of Intent to Sue/file 1983

**Complaint:** In february of 2019, <u>scott Williams</u>, <u>Sgt. Forster</u>, <u>Sgt. Conn</u>, <u>Sgt. Brown</u>, <u>CJr Yarnot</u>, <u>Earl Houser</u>, <u>Nancy Dahlstrom</u>, <u>Jane Doe</u>, <u>Richard Roe</u> violated the rights of inmate <u>Luna Eclips</u>, by collectively conspiring to assault plaintiff while in custody at Goose Creek Correctional at Wasilla, Alaska, without cause.

**Relief Requested:**

Because of this egregious act of malice under color of law, plaintiff demands $1,000,000 dollars, to be paid to plaintiff without delay.

* A Jury trial is Demanded
* Plaintiff Demands all footage used in D-Board Hearing, all statements, emails, texts, telephonic communication to be provided in re to "CI", originally "B6" IR.

Feb. 25, 2021

_L._____
plaintiff

Luna Eclips - Sui Juris - "flesh & blood" - [281016]

Goose Creek Correctional
22301 West Alsop Road
Wasilla, Alaska [99623]
*Empt from Employ

ALASKAN FRONTIER 995
1 MAR 2021 PM 1 L

NEOPOST
03/01/2021
US POSTAGE $000.50⁰

FIRST-CLASS MAIL



ZIP 99654
041M11450739

United States District Court
222 West 7th Avenue Room #4
Anchorage, Alaska 99513