IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

LUNA ECLIPS,

    Plaintiff,

  v.

SCOTT WILLIAMS, *et al.*,

    Defendants.

Case No. 3:21-cv-00053-RRB

### ORDER RE: DEFICIENT FILING

On March 12, 2021, Luna Eclips a self-represented prisoner, filed a "Notice of Intent to Sue/File 1983.[1]

In order to properly commence a civil action, a litigant must file a complaint.[2] A complaint must contain "a short and plain statement of the grounds for the court's jurisdiction," "a short and plain statement of the claim showing that the pleader is entitled to relief," and "a demand for the relief sought."[3] If Mr. Eclips seeks to pursue a cause of action against the State of Alaska, he must file a complaint that conforms to the Federal Rules of Civil Procedure and the Local Civil Rules of the District of Alaska. To assist self-represented prisoners in filing a complaint that is

---

[1] Docket 1.

[2] *See* Rule 3, Federal Rules of Civil Procedure.

[3] Rule 8(a), Federal Rules of Civil Procedure.

in compliance with applicable court rules, the District of Alaska has prepared a form complaint for this purpose; a copy of this form is included with this order.

Additionally, the commencement of a civil action requires either the payment of a filing fee of $402.00, or an application to waive prepayment of the filing fee.[4] Mr. Eclips has not filed either the filing fee or the application to waive prepayment of the fee. Accordingly, this civil action is deficient.

**IT IS THEREFORE ORDERED:**

1. Mr. Eclips must file a complaint in conformance with the applicable rules of court within **30 days of the date of this order**.

2. Mr. Eclips must either pay the filing fee of $402.00 or file the application to waive prepayment of the filing fee within **30 days of the date of this order**. An application to waive prepayment of the filing fee must be completed and signed.

3. If Mr. Eclips does not file a complaint and pay the filing fee or file an application to waive prepayment, this case will be dismissed without further notice to him.

4. The Clerk of Court shall include forms PS01 Prisoner Civil Rights Complaint and PS10 Prisoner's Application to Waive Prepayment of the Filing Fee with a copy of this order.

---

[4] Local Civil Rule 3.1(c).

DATED this 12th of March, 2021 at Anchorage, Alaska.

                                              */s/ Ralph R. Beistline*
                                              RALPH R. BEISTLINE
                                              Senior United States District Judge

Case No. 3:21-cv-00053-RRB, *Eclips v. Williams, et al.*
Order re Deficient Filing
Page 3 of 3
          Case 3:21-cv-00053-RRB   Document 2   Filed 03/12/21   Page 3 of 3